**FILED**

MAY 20 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    CR.S-05-0020-GEB

        Plaintiff,

    vs.                                      DETENTION ORDER
                                             (Violation of Pretrial Release, Probation or
KONSTANTY BOYES,                             Supervised Release)

        Defendant.
_____/

    ✗   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the
court finds:

    ____   There is probable cause to believe the person has committed a federal, state
or local crime while on release and the defendant has not rebutted the
presumption that his release will endanger another or the community or

    ✗   There is clear and convincing evidence that the defendant has violated
another condition of release and

    ✗   based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or
combination of conditions of release that will assure that the defendant will
not flee or pose a danger to the safety of another person or the community or
*The defendant failed to appear on 2/19/2010*
    ____   the person is unlikely to abide by any condition or combination of conditions
of release. F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.

    ____   Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of
probation or supervised release) the court finds defendant has not met his
burden of establishing by clear and convincing evidence that he will not flee
or pose a danger to another person or to the community.

1    IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the
custody of the Attorney General for confinement in a corrections facility separate, to the extent
2    practicable, from persons awaiting or serving sentences or being held in custody pending appeal.
The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
3    Upon further order of a court of the United States or request of an attorney for the United States the
person in charge of the corrections facility in which defendant is confined shall deliver defendant
4    to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

5

6    Dated:

7        5-20-2010

                        EDMUND F. BRENNAN,
8                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DetentionOrder(VPR).wpd                    2